UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00310-RJC-DSC

| | |
|---|---|
| GERALD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| | ) |
| GARY L. MCFADDEN, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on review of this docket in this matter.

Plaintiff Gerald Jones ("Plaintiff") filed a *pro se* civil action on June 3, 2020, purporting to bring claims against four Defendants. [Doc. 1]. After granting Plaintiff in forma pauperis status, the Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from June 17, 2020 to amend his Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.]. More than 30 days have passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that:

1. The Plaintiff's Complaint is dismissed [Doc. 1] without prejudice.
2. The Clerk is instructed to terminate this action.

Signed: September 25, 2020

Robert J. Conrad, Jr.
United States District Judge